IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BARB GRAZIOLI, | ) |
|     Plaintiff, | ) NO. 3:26-cv-00210 |
| | ) |
| v. | ) JUDGE RICHARDSON |
| | ) |
| QUALDERM PARTNERS, LLC, | ) |
|     Defendant. | ) |

## ORDER

This case is hereby transferred to United States District Judge Aleta Trauger as related to cases currently pending before her.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE